UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH, | No. C-13-04248 DMR |
|     Plaintiff(s), | **ORDER TO SUBMIT STATUS REPORT** |
|     v. | |
| HENRY YANG ET AL, | |
|     Defendant(s). | |

The Complaint in this case was filed on September 13, 2013. According to the Scheduling Order for Cases Asserting Denial of Right of Access Under Americans With Disabilities Act, the last day for the Plaintiff to file a "Notice of Need for Mediation" was on or about February 7, 2014. No such notice has been filed. By no later than March 21, 2014, Plaintiff is ordered to submit a report regarding the status of this case.

IT IS SO ORDERED.

Dated: March 12, 2014

DONNA M. RYU
United States Magistrate Judge