UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT DYTCH,<br><br>             Plaintiff(s),<br><br>        v.<br><br>HENRY YANG ET AL,<br><br>             Defendant(s).<br>_____/ | No. C-13-04248 DMR<br><br>**ORDER CONTINUING DEADLINE TO FILE NOTICE OF NEED FOR MEDIATION** |

The court has reviewed Plaintiff's March 21, 2014 response to the court's March 12, 2014 order to submit a status report. [Docket No. 10.] The court hereby continues the deadline for Plaintiff to file a "Notice of Need for Mediation" to **May 31, 2014**.

IT IS SO ORDERED.

Dated: March 24, 2014

_____
DONNA M. RYU
United States Magistrate Judge